# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit   A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Trustees of the Chicago Regional Council
of Carpenters Pension Fund et al.,

CASE NUMBER: **07C 6156**

V.

ASSIGNED JUDGE: **JUDGE RONALD GUZMAN**

Johnson & Piper Builders, Inc.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Johnson & Piper Builders, Inc.
c/o Martin Johnson, R.A.
502 E 3300 North
Chebanse, IL  60922

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl E. Masters
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

OCT 3 1 2007
_____
DATE

ClientCaseID:  N7529/KEM

CaseID:  167321

Law Firm ID:  WHITFIEL



*167321A*

CaseReturnDate:  11/30/07

Affidavit of  Special Process Server

## UNITED STATES DISTRICT COURT

I, *CHRIS MORRICAL*

Case Number    07C6156

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001126 Diligent Detective Agency, LTD. 105 W. 3RD AVENUE, CLIFTON IL 60927.

THAT HE SERVED THE WITHIN    **SUMMONS AND COMPLAINT**

ON THE WITHIN NAMED DEFENDANT    Johnson & Piper Builders, Inc .

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING

COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: *11-15-07*    Time of Service: *16:33 PM*    Date Of Mailing

PERSON SERVED  *MARTIN JOHNSON, REGISTERED AGENT*

Age *38*    Sex *MALE*    Race *WHITE*    Height *5'9*    Build *Med.*    Hair *Black/grey*

LOCATION OF SERVICE    **502 E 3300 North**
**Chebanse, IL, 60922**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*11-21-07*

AGENCY NAME:    Diligent Detective Agency, LTD

NAME OF SERVER:                                    DATE:

ADDRESS:    105 W. 3RD AVENUE

CITY:  CLIFTON

ST:  IL        ZIP  60927

PHONE:    (815)-694-3332

58142

# Exhibit
# B

**Exhibit   B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 07 C 6156 |
| v. | ) ) ) | Judge Guzman |
| JOHNSON & PIPER BUILDERS, INC. | ) ) ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.    I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.    The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.    Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period July 2007 through September 2007 but did not pay the contributions.  The reports show that $11,922.37 is owed in ERISA contributions.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $1,609.16 for the period August 2007 through September 2007.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages.  The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month.  The amount of liquidated damages owed is $1,424.54 for the period May 2007 through September 2007.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $336.82.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.


Date:        January 31, 2008

Signature:      James Rosen

2

1/31/2008

Johnson & Piper Builders, Inc.
356 E Kay Street
Herscher, Il. 60941

Account # 24103

| Contribution Month | | Liquidated Damages | Interest | Dues |
|---|---|---|---|---|
| May-07 | | $180.49 | | |
| Jun-07 | | $481.23 | | |
| Jul-07 | $2,806.14 | $262.21 | $99.89 | |
| Aug-07 | $5,568.73 | $339.16 | $159.29 | $1,011.05 |
| Sep-07 | $3,547.50 | $161.45 | $77.64 | $598.11 |
| total: | $11,922.37 | $1,424.54 | $336.82 | $1,609.16 |

TOTAL AMOUNT OWED: $15,292.89

# Exhibit C

**Exhibit   C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 07 C 6156 |
| v. | ) ) ) | Judge Guzman |
| JOHNSON & PIPER BUILDERS, INC. | ) ) ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.     I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.     I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.     I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.     The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.     Attorneys of this firm have devoted 7.10 hours in connection with the this case at the rate of $165.00 / $170.00 / $175.00 per hour. The total attorney fees billings is $1,221.00.

6.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $80.00.  These costs total $430.00.

7.      I certify that the attached detailed attorney fees and costs totaling $1,651.00 were necessary and reasonable.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  January 31, 2008


s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

WHITFIELD, McGANN & KETTERMAN
Slip Listing

---

| Selection Criteria |
| --- |

| | |
| --- | --- |
| Case (hand select) | Include: CTF-C./N7529/24103 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7529/24103 |
| Slip.Transaction Ty | 1 - 1 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- |
| 348467          TIME<br>10/24/2007<br>Billed          G:72246          11/1/2007<br>Met with Daniel McAnally regarding referral.<br>Telephone conversation with Earl E. Oliver<br>regarding Company's financial condition and<br>circumstances which lead to the<br>delinquencies.  Telephone conversation with<br>Audit Coordinator Nate Lagalo regarding<br>audit that is outstanding against the<br>company.  Follow up call with principals of<br>the Company. | KEM<br>Billable<br>CTF-C./N7529/24103 | 1.25<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 212.50 |
| 350235          TIME<br>11/28/2007<br>Billed          G:72471          12/3/2007<br>Settlement conference with company and<br>Trust Fund Manager James T. Rosemeyer.<br>Review documentation relevant to claim.<br>Review follow up correspondence from Trust<br>Fund Manager James T. Rosemeyer<br>regarding possible terms of settlement. | KEM<br>Billable<br>CTF-C./N7529/24103 | 1.00<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 170.00 |
| 351529          TIME<br>1/2/2008<br>WIP<br>Appearance before Judge Guzman for<br>status.  Next status set for January 30, 2008<br>at 9:30. | KMR<br>Billable<br>CTF-C./N7529/24103 | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@7 | 165.00 |
| 352572          TIME<br>1/2/2008<br>WIP<br>~~Court appearance for status hearing. Next<br>status hearing set for 1/30/08.~~ | KMR<br>Billable<br>CTF-C./N7529/24103 | ~~1.00~~<br>0.00<br>0.00<br>0.00 | ~~165.00~~<br>T@7 | ~~165.00~~ |
| 352501          TIME<br>1/29/2008<br>WIP<br>Prepare for court status/motion hearing;<br>review file for current status and most recent | DPM<br>Billable<br>CTF-C./N7529/24103 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status. | | | | |
| 352707          TIME<br>1/30/2008<br>WIP<br>Attend court appearance at the U.S. District Court for the Northern District of Illinois before Judge Guzman. | DPM<br>Billable<br>CTF-C./N7529/24103 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 352588          TIME<br>1/31/2008<br>WIP<br>Telephone conversation with trust fund contributions manager, James Rosemeyer regarding status; correspondence to Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code. | DPM<br>Billable<br>CTF-C./N7529/24103 | 0.60<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 105.00 |
| 352731          TIME<br>1/31/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates;  review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | DPM<br>Billable<br>CTF-C./N7529/24103 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |

Grand Total

|  | Billable | ~~~~ | ~~~~ |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | ~~~~ | ~~~~ |

*7.10*          *$ 1,221.00*

*Filing Fee*          *$ 350 —*

*Service Fee*          *$ 80 —*

*$ 1,651 —*

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone  (312)-853-2150     Fax   (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700   Fax: (312)-251-9701

## Invoice#     167321

Date Of Invoice:    11/21/2007

Plaintiff:  The Trustees of the Chicago Regional Council of Carpenters Penson Fund et al.

Court CaseID:    07C6156      Firm#  N7529/KEM      Case Returned Date:   11/30/07

County:      UNITED STATES DISTRICT COURT

Process Server:   Diligent Detective Agency, LTD          ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1  Johnson & Piper Builders, Inc . | Type Of Service:  CORPORATE SERVICE |
|---|---|
| Person Served:   MARTIN JOHNSON, REGISTERED | Date Of Service:  11/15/2007   Time:  4:33 PM |
| Sex  MALE      Age  38      Height 5'9"    Build  MEDIUM     Hair Color  BLACK       Race WHITE | |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:     Time: |
| Sex       Age       Height       Build       Hair Color       Race | |

Location   502 E 3300 North  , Chebanse, IL, 60922          Type Of Premise:

| | | | |
|---|---|---|---|
| Delivery Charge | $80.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |

**Total:      $80.00**

Date Received          Check No          Amount Received          $0.00

Balance Due          $80.00

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**