IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHNSON & PIPER BUILDERS, INC.<br><br>        Defendant. | Case No. 07 C 6156<br>Judge Guzman |

## NOTICE OF MOTION

Martin Johnson
JOHNSON & PIPER BUILDERS, INC.
502 E. 3300 North
Chebanse, IL 60922

PLEASE TAKE NOTICE that on **Thursday, February 7, 2008** I shall appear before the **Honorable Judge Guzman at approximately 9:30 a.m. in Courtroom 1219** at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

        TRUSTEES of the CHICAGO REGIONAL
        COUNCIL OF CARPENTERS PENSION
        FUND, et al.

        s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on January 31, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288