## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

The Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                                                      Plaintiff,

v.                                                    Case No.:
                                                      1:07−cv−06156
                                                      Honorable Ronald
                                                      A. Guzman

Johnson & Piper Builders, Inc.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Defendant not in court. Motion
hearing held on 2/7/2008. Motion by Plaintiffs for default judgment as to Johnson & Piper
Builders, Inc. [10] is granted. Enter default judgment. Any pending motions or schedules
in this case are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.