# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6156 | **DATE** | 2/7/08 |
| **CASE TITLE** | TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al vs. JOHNSON & PIPER BUILDERS, INC. | | |

**DOCKET ENTRY TEXT**

Enter judgment order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|

07C6156 TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al vs. JOHNSON & PIPER BUILDERS, INC.

Page 1 of 1