MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & PIPER BUILDERS, INC.<br><br>Defendant. | Case No. 07 C 6156<br><br>Judge Guzman |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on October 31, 2007 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, JOHNSON & PIPER BUILDERS, INC., in the sum of **$16,943.89** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (07/07 - 09/07) | $11,922.37 |
| b) | Interest on ERISA Contributions | $336.82 |
| c) | Liquidated Damages (05/07 - 09/07) | $1,424.54 |
| d) | Union Dues (08/07 - 09/07) | $1,609.16 |
| e) | Attorney Fees and Costs | $1,651.00 |
| | **TOTAL** | **$16,943.89** |

ENTERED:

RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE

DATED: 2/7/08